**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Jonathan C. Augustine
Satchel Augustine LLC
P. O. Box 14626
Baton Rouge LA 70898

**REHEARING ACTION: March 24, 2010**

**Docket Number: 09   00506-CA**

**BENTON SPECIALTIES, INC.,ET AL.**
**VERSUS**
**CAJUN WELL SERVICE, INC., ET AL.**

**Appealed from St. Martin Parish Case No. 68530**

<u>**BEFORE JUDGES**</u>**:**

    **Hon. Sylvia R. Cooks**
    **Hon. Oswald A. Decuir**
    **Hon. Jimmie C. Peters**
    **Hon. Shannon J. Gremillion**
    **Hon. David Ellis Chatelain**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Petrosurance Casualty Co.** has this day been

    **DENIED.**

cc: Sue Nations, Counsel for the Appellee
    Stanford B. Gauthier II, Counsel for the Appellant